FILED

08/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0094

---

AARON JOEL OLIPHANT,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

---

**ORDER**

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 26, 2022, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2022